**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Terrence Rico Mayfield |
| Debtor 2 (Spouse, if filing) | Precious DeShawn Mayfield |
| United States Bankruptcy Court for the: | Eastern District of Tennessee (State) (Chattanooga) |
| Case number | 1:17-bk-14878-NWW |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** PLS Specialty Investments, LLC

**Court claim no.** (if known): 27-1

**Last 4 digits** of any number you use to identify the debtor's account: 5 3 3 0

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | 10/16/2018 | (9) | $ 560.41 |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Terrance | Rico | Mayfield | | Case number *(if known)* | 1:17-bk-14878-NWW |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ s/ Mark A. Baker
Signature

Date 04/16/2019

| Print: | Mark | A | Baker | Title | Attorney for Creditor |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Company: McMichael Taylor Gray, LLC

Address: 3550 Engineering Drive, Suite 260
Number   Street
Peachtree Corners      GA      30092
City                   State   ZIP Code

Contact phone (404) 474-7149

Email: mbaker@mtglaw.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES** in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

**Via U.S. Mail**
**Terrence Rico Mayfield**
1216 Hoffman Ave
Etowah, TN 37331

**Precious DeShawn Mayfield**
429 Oak Street
Etowah, TN 37331

**Via electronic service:**
**April Perry Randle**
Law Office of April Perry Randle
P.O. Box 3056
Cleveland, TN 37320-3056

**Kara L. West**
Chapter 12 & 13 Trustee
P.O. Box 511
Chattanooga, TN 37401

**United States Trustee**
Historic U.S. Courthouse
31 E. Eleventh Street
Fourth Floor
Chattanooga, TN 37402

**This 16th day of April, 2019**

                                            s/ Mark A. Baker
                                            Mark A. Baker
                                            TN Bar No. 26055
                                            McMichael Taylor Gray, LLC
                                            3550 Engineering Drive
                                            Suite 260
                                            Peachtree Corners, GA 30092
                                            404-474-7149
                                            mbaker@mtglaw.com